**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**Fort Worth DIVISION**

| | |
|---|---|
| HONORABLE John McBryde, PRESIDING | COURT REPORTER: Debbie Saenz |
| DEPUTY CLERK: F. Arnold | USPO: |
| LAW CLERK: | INTERPRETER: |

CR. No. 4:16-CR-032-A   DEFT NO.01

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | AISHA SALEEM, AUSA |
| | § | |
| v. | § | |
| | § | MARLO P. CADEDDU, RETAINED |
| H WAYNE MCMULLEN | § | REED W. PROSPERE, RETAINED |
| Defendant's Name | | Counsel for Deft.  Appt-(A), Retd-(R), FPD-(F) |

## SENTENCING

Date Held: June 17, 2016
Hearing Type:  ☐ Sentencing Hearing - Contested  ✔ Sentencing Hearing - Non-Evidentiary
Time in Court: 28 mins.
Trial Status:  ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ✔ Settled/Guilty Plea  ☐ None
Days in Trial: _____
Hearing Concluded: ✔ Yes ☐ No

✔ .. Sentencing held. ☐ Objections to PSI heard. ☐ Plea agreement accepted. ☐ Plea agreement NOT accepted.

**SENTENCING TEXT:**
☐ .. Deft. placed on: Probation for _____ months.
✔ .. Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of 85 months.
✔ .. Deft. placed on: Supervised Released for 5 years.
✔ .. Fine imposed in the amount of $1000.
✔ .. An assessment for the Justice for Victims of Trafficking Act of 2015 pursuant to 18 U.S.C. § 3014 in the amount of $5000.
☐ .. Count(s) _____ dismissed on government's motion.
☐ .. Order dismissing original Indictment/Information to be entered upon government's written motion.
✔ .. $100.00 special assessment on Count(s) 1
   of ☐ Complaint ✔ Information ☐ Indictment ☐ Superseding Indictment ☐ Superseding Information

☐ ....... Deft ordered to surrender to U.S. Marshal _____
☐ ....... Deft ordered to surrender to the designated institution on
☐ ....... Deft failed to appear, bench warrant to issue.
☐ ....... Bond ☐ continued ☐ revoked.
✔ ....... Deft Advised of his right to appeal.
☐ ....... Deft requests Clerk to enter notice of Appeal.
✔ ....... Deft Custody/Detention continued.
☐ ....... Deft ORDERED into custody. ☐ Court recommends incarceration at _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 17 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy

✔ OTHER PROCEEDINGS/INFORMATION: Doc. No. 27 - Granted.
✔ Court Recommends to the Bureau of Prisons that defendant be allowed to participate in the Residential Drug Abuse Treatment Program.